# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS** | § | **CAUSE NO: 5: 20-MJ-01563-RBF** |
| | § | |
| **FRANCISCO ENRIQUEZ** | § | |

## NOTICE TO ESTABLISH ATTORNEY
## AS COUNSEL IN A LIMITED SCOPE

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:

NOW COMES, FRANCISCO ENRIQUEZ, Defendant in the above-entitled and numbered cause, by and through the undersigned counsel, and hereby files this Notice to Establish Attorney In A Limited Scope for the Arraignment and Detention Hearing in the above-entitled and numbered cause, and would respectfully show this Honorable Court as follows:

I.

ALAN BROWN has been hired by Defendant FRANCISCO ENRIQUEZ, to represent him as counsel for the Arraignment and Detention Hearing in the above-entitled and numbered cause.

II.

The undersigned is licensed to practice law in the United States District Court, Western District of Texas.

WHEREFORE, premises considered, Defendant respectfully requests that ALAN BROWN be established as Counsel for the Arraignment and Detention Hearing, for Defendant, FRANCISCO ENRIQUEZ, in the above-entitled and numbered cause.

        Respectfully submitted,

        LAW OFFICES OF ALAN BROWN
        222 MAIN PLAZA
        SAN ANTONIO, TEXAS 78205
        (210) 227-5103 (O)
        (210) 225-2481 (F)
        state@lawofficesofalanbrown.com

        _____/S/_____
        ALAN BROWN
        BAR NO. 03090000

        ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 22th day of December 2020, the foregoing Motion was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| U.S. Attorney's Office<br>601 NW Loop 410 #600,<br>San Antonio, TX 78216 | _____/S/_____<br>ALAN BROWN<br>BAR NO. 03090000 |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS** | § | **CAUSE NO: 5:20-MJ-01563-RBF** |
| | § | |
| **FRANCISCO ENRIQUEZ** | § | |

**ORDER**

On this date came to be considered Defendant's Notice to Establish Attorney as Counsel in Limited Scope. After consideration of same, the Court is of this opinion that said Notice is hereby:

        GRANTED    or    DENIED

IT IS HEREBY FURTHER ORDERED THAT: _____

_____

_____

SIGNED and ENTERED on this the\_\_\_\_\_ day of _____, 2020.

                                        _____
                                          U.S. DISTRICT JUDGE